**Order entered September 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00446-CV

**ORYON TECHNOLOGIES, INC. AND ORYON TECHNOLOGIES, LLC, Appellant**

**V.**

**M. RICHARD MARCUS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01252**

## ORDER

We **REINSTATE** the appeal.

On May 9, 2014, we abated this appeal after being informed that appellant Oryon Technologies, Inc. had filed a petition for bankruptcy. Before the Court is the motion of appellants' counsel to withdraw. Attached to the motion is the September 4, 2015 order of the bankruptcy court dismissing the bankruptcy cases filed by each appellant.

We **GRANT** the motion to withdraw. We **DIRECT** the Clerk of this Court to remove attorneys: Charles L. Perry, Mark A. Shoffner, Benjamin J. Setnick, Crystal L. Jamison and the law firm Andrews Kurth, LLP, as counsel for appellants.

Appellants may only appear before this Court through an attorney. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996).

Accordingly, we **ORDER** appellants to file, **WITHIN THIRTY DAYS** of the date of this order, the name, State Bar number, mailing address, email address, and telephone number of new counsel. We caution appellants that failure to provide the required information within the time specified will result in dismissal of the appeal without further notice.

/s/     ELIZABETH LANG-MIERS
        JUSTICE